

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00281-CV

## IN THE INTEREST OF A.S., J.S., A.S., AND D.S., CHILDREN

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV15247**

## O R D E R

The Department's brief was filed on March 1, 2017, along with a motion to exceed the word limit on the Department's brief by 4,104 words. The Department's motion is denied.

However, the brief has already been filed and due to the timetable in which we are to decide cases involving the termination of parental rights, we will not strike the Department's brief. We have far more complex appeals involving much larger records that are briefed within the word limits. We admonish the Department to strive harder to

limit its briefs to the number of words permitted by the Texas Rules of Appellate Procedure.[1]  Future briefs by the Department in excess of the word limit may be stricken.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed March 22, 2017



---

[1] As an example of what can be done, the Court was able to reduce the motion by 92 words primarily by eliminating paragraphs 4 and 5 of the motion which are repeated in the certificate of conference.